# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## OFFENSE CHARGED

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

**DEFENDANT - U.S.**
► MARCO ANTONIO MERCADO-PARRA,

**DISTRICT COURT NUMBER**
CR08-354 SBA

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form**   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   DANIEL KALEBA, AUSA

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year 5/12/2008

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



E-filing

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR08-354  SBA

MARCO ANTONIO MERCADO-PARRA,

DEFENDANT(S).

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) – Deported Alien
Found in the United States

A true bill.

_____ Foreman

Filed in open court this 28TH day of
MAY 2008.

_____ Clerk

Bail $ No bail arrest warrant
5/28/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCO ANTONIO MERCADO- ) <br> PARRA, ) <br> ) <br> ) <br> Defendant. ) | Criminal No.: CR08-354 SBA <br><br> VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1. Prior to July 13, 2004, the defendant, MARCO ANTONIO MERCADO-PARRA, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about July 13, 2004, the defendant, MARCO ANTONIO MERCADO-PARRA, was removed, excluded, and deported from the United States.

3. After July 13, 2004, the defendant, MARCO ANTONIO MERCADO-PARRA,

INDICTMENT

knowingly and voluntarily reentered and remained in the United States.

4. On or about May 12, 2008, in the Northern District of California, the defendant, MARCO ANTONIO MERCADO-PARRA, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:     May 28, 2008                    A TRUE BILL.

_/s/_
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/_
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _/s/_ )
AUSA DANIEL R. KALEBA

INDICTMENT                                       2