| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 20 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | | REPORTER/FTR FTR: 5/29/08 10:11:07-10:31:35 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 5/29/08 | | NEW CASE ☐ | CASE NUMBER CR-08-00354-SBA |

### APPEARANCES

| DEFENDANT MARCO ANTONIO MERCADO-PARRA | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Daniel Kaleba | | INTERPRETER Carol Glasser (Spanish Int.) | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Carol Mendoza | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 10 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 10 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 5/29/08 | ☒ ADVISED OF CHARGES 5/29/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |

**FILED MAY 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 6/6/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☒ STATUS RE: DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION RET. NOW & UNTIL 6/6/08 FOR CONTINUITY & EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft. was given a financial affidavit form by the Clerk. The govt's atty. provided the Court with a copy of the deft's ICE detainer. The deft. waived the timing of his Detention Hrg. until 6/6/08. Request for discovery was made by the deft's atty. to the govt's atty.

cc: WDB's Stats, Lisa Clark, Pretrial Svcs.   DOCUMENT NUMBER: