**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/19/08

CR 08-00354SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MARCO ANTONIO MERCADO PARRA**          Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

<u>DOUG SPRAGUE</u>                               <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark               <u>STARR WILSON</u>
                                              Court Reporter

<u>INEZ SWANEY</u>
 Interpreter                                 Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/8/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to 7/8/08** for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due**_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)**_____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to___for Change of Plea @ 10:00 a.m.**
cc: