JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CASBN 202121)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3771
   Facsimile: (510) 637-3724
   E-Mail: doug.spragues@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 08-00354 SBA |
|     Plaintiff, ) | |
|   v. ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| MARCO A. MERCADO-PARRA, ) | |
|     Defendant. ) | |

    Please take notice that as of July 1, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

W. DOUGLAS SPRAGUE
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3771
Fax: 510/637-3724
E-mail: doug.sprague@usdoj.gov

    The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to

SUBSTITUTION OF ATTORNEY

1  AUSA W. Douglas Sprague at the above mailing address, telephone number, facsimile
2  number and e-mail address.
3
4
   DATED:  July 7, 2008                   Respectfully submitted,
5
                                      JOSEPH P. RUSSONIELLO
6                                       United States Attorney
7
8                                         /s/
                                      W. DOUGLAS SPRAGUE
9                                       Assistant United States Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY