UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/8/08

CR 08-00354SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MERCADO-PARRA**                    Present (X) Not Present ( ) In Custody (X)
     **DEFENDANT(S)**

 <u>JAMES MANN</u>                        <u>REBECCA SILBERT</u>
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark           <u>IRENE RODRIQUEZ</u>
                                     Court Reporter

 Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON THE COURT'S CONSIDERATION OF THE PLEA AGREEMENT TO 9/9/08;**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to <u>9/9/08</u> for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  <u>9/9/08</u>  for Change of Plea @ 10:00 a.m.
cc: