UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/8/08

CR 08-00354SBA                             JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MERCADO-PARRA**                     Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>JAMES MANN</u>                           <u>REBECCA SILBERT</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

**Deputy Clerk:** Lisa R. Clark            <u>IRENE RODRIQUEZ</u>
                                                                                             Court Reporter

Interpreter                               Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON THE COURT'S CONSIDERATION OF THE PLEA AGREEMENT TO 9/9/08;</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** _____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to** _____ **@ 9:00 a.m. for** _____ **Motions**
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** ____
**Case Continued to** _____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due** ____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ **for Trial(Court/Jury:** ___ **Days/weeks) at 8:30 a.m.**
**Case Continued to** <u>9/9/08</u> **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** <u>9/9/08</u> **for Change of Plea @ 10:00 a.m.**
**cc:**