UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-08-00354 SBA |
| DEFENDANT'S NAME | MARCO ANTONIO MERCADO-PARRA |
| DEFENDANT'S COUNSEL | JOYCE LEAVITT |
| DUE DATE | 9/9/08 @ 10:00 AM |

----------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

|  |  |
|---|---|
|  | CRIMINAL HISTORY ONLY |
|     X     | Pre-Plea Presentence Investigation |
| _____ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: *Lisa R. Clark*
Lisa R. Clark, Deputy Clerk
Dated: 7/8/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interpreter:* _____ ]
Defendant's address: _____

_____