1    JOSEPH P. RUSSONIELLO (CASBN 44332)
     United States Attorney

2

3    BRIAN J. STRETCH (CASBN 163973)
     Chief, Criminal Division

4    W. DOUGLAS SPRAGUE (CASBN 202121)
     Assistant United States Attorney

5
       1301 Clay Street; Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3771
7      Facsimile: (510) 637-3724
       E-mail: doug.sprague@usdoj.gov

8
     Attorneys for Plaintiff

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,          )    No. CR 08-00354 SBA
                                        )
15        Plaintiff,                    )    GOVERNMENT'S SENTENCING
                                        )    MEMORANDUM
16     v.                               )
                                        )    DATE: September 9, 2008
17   MARCO ANTONIO MERCADO-PARRA,       )    TIME: 9:00 a.m.
                                        )
18        Defendant.                    )    Honorable Saundra Brown Armstrong
                                        )
19

20        On July 8, 2008, the Court referred this matter to the U.S. Probation Office for a pre-plea,

21   criminal history only report.  The U.S. Probation Office has determined that defendant's criminal

22   history places him in Criminal History Category V.  As set forth in the proposed plea agreement,

23   the parties agree that defendant's total offense level is 6.  A total offense level of 6 and a

24   Criminal History Category of V results in an applicable guideline range of 9-15 months.  The

25   defendant was offered a plea agreement pursuant to the government's "fast-track" program.  In

26   part due to the defendant having been deported approximately nine times, however, the parties

27   agreed that an appropriate sentence of imprisonment would be the *high* end of the applicable

28   guideline range.

     GOVT. SENT. MEM.;
     CR 08-00354 SBA

1    Having received and reviewed the Modified Presentence Investigation Report dated

2  August 27, 2008, the government agrees with the criminal history computation.  Accordingly, the

3  government respectfully requests that the Court accept the proposed Rule 11(c)(1)(C) plea

4  agreement and sentence defendant, Marco Antonio Mercado-Parra, to 15 months imprisonment,

5  three years of supervised release, and the mandatory $100 special assessment.

6  DATED:        September 5, 2008              Respectfully submitted,

7                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
8

9                                              /s/
                                               W. DOUGLAS SPRAGUE
10                                             Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28