1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12ᵗʰ Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant MERCADO PARRA

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )    No. CR 08-00354 SBA
12              Plaintiff,               )
                                         )
13                                       )    STIPULATION AND
         v.                              )    ORDER CONTINUING CHANGE OF
14                                       )    PLEA DATE AND SENTENCING;
                                         )    EXCLUSION OF TIME
15  MARCO ANTONIO MERCADO-               )
    PARRA,                               )
16                                       )
                                         )
17              Defendant.               )

18

19        IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

20  plea and sentencing date in this case, currently scheduled for Tuesday, September 30, 2008, before

21  Honorable Saundra Brown Armstrong, may be continued to Tuesday, October 28, 2008, at 10:00 for

22  change of plea and sentencing.  The reason for the request is that defense counsel will be out of the

23  office on September 30, 2008, and would like to be present for the change of plea and sentencing.  In

24  addition, a pre-plea "criminal history only" report was prepared by the United States Probation

25

26

Officer and Mr. Mercado-Parra has indicated that some of the information in the report is inaccurate. Defense counsel has met with the probation department regarding the information and is continuing to gather information.  A continuance to October 28, 2008 will allow defense counsel to be present at the sentencing and should allow adequate time to complete the investigation and obtain all relevant documents regarding Mr. Mercado-Parra's prior convictions.

The parties stipulate that the time from September 30, 2008, to October 28, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel to allow counsel to be present at the court appearance and to continue with its investigation regarding the prior convictions.

DATED: September 25, 2008                              /S/
                                          _____
                                          JOYCE LEAVITT
                                          Assistant Federal Public Defender

DATED: September 25, 2008                              /S/
                                          _____
                                          W. DOUGLAS SPRAGUE
                                          Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

/ / /

/ / /

/ / /

/ / /

*U S v. Marco Mercado-Parra,* CR 08-00354
SBA; Stip. to Cont. Change of Plea & Sent.              - 2 -

1
2
3

# ORDER

4

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and

5

sentencing date in this case may be continued to Tuesday, October 28, 2008, at 10:00 a.m.

6

IT IS FURTHER ORDERED that the time from September 30, 2008, to October 28, 2008, is

7

hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

8
9

3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel to allow

10

counsel to be present at the appearance and to continue investigation into Mr. Mercado-Parra's prior

11

convictions.  The Court finds that the ends of justice served by the granting of the continuance

12

outweigh the best interests of the public and the defendant in a speedy and public trial and the failure

13

to grant the requested continuance would unreasonably deny counsel the reasonable time necessary

14

for effective preparation, taking into account due diligence.

15

SO ORDERED.

16

DATED:9/30/08

17

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

18
19
20
21
22
23
24
25
26