1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant MERCADO PARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00354 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND SENTENCING; |
| | ) | EXCLUSION OF TIME |
| MARCO ANTONIO MERCADO- | ) | |
| PARRA, | ) | |
| | ) | |
| Defendant. | | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case, currently scheduled for Tuesday, October 28, 2008, before Honorable Saundra Brown Armstrong, may be continued to Tuesday, November 18, 2008, at 10:00 for change of plea and sentencing. The reason for the request is that a pre-plea "criminal history only" report was prepared by the United States Probation Officer and Mr. Mercado-Parra has indicated that some of the information in the report is inaccurate. Defense counsel has ordered some

*U S v. Marco Mercado-Parra,* CR 08-00354
SBA; Stip. to Cont. Change of Plea & Sent.        - 1 -

of the records regarding Mr. Mercado-Parra's prior hearings but has not yet received the information. Counsel would like the time to obtain these documents and review them with Mr. Mercado-Parra prior to filing a sentencing memorandum with the court. A continuance to November 18, 2008 should allow adequate time to obtain the requested records and review them with Mr. Mercado-Parra prior to filing a sentencing memorandum.

The parties stipulate that the time from October 28, 2008, to November 18, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to obtain those records relating to Mr. Mercado-Parra's criminal history score and prior convictions and review them with him prior to filing a sentencing memorandum.

DATED: October 21, 2008                                /s/
                                                        _____
                                                        JOYCE LEAVITT
                                                        Assistant Federal Public Defender

DATED: October 21, 2008                                /s/
                                                        _____
                                                        W. DOUGLAS SPRAGUE
                                                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

/ / /

/ / /

/ / /

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case may be continued to Tuesday, November 18, 2008, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from October 28, 2008, to November 18, 2008, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to obtain the records which have been ordered relating to Mr. Mercado-Parra's criminal history and prior convictions and review them with him prior to filing a sentencing memorandum. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:10/27/08                         _____
                                       HONORABLE SAUNDRA BROWN ARMSTRONG
                                       United States District Judge